# Court of Appeals of the State of Georgia

ATLANTA,  March 24, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1510.  PETER THOMPSON CONSTRUCTION, INC. v. MATTHEW N. BALL.**

After the trial court entered a default judgment against defendant Peter Thompson Construction, Inc., in this civil action, the defendant filed a motion to set aside the default judgment under OCGA § 9-11-60 (d) (1) & (2).  The trial court denied the motion to set aside, and the defendant appealed directly to this Court.  We lack jurisdiction.

"[T]he denial of a motion to set aside a final judgment under OCGA § 9-11-60 is not directly appealable and instead requires the filing of an application for discretionary appeal under OCGA § 5-6-35 (b)." *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006); see OCGA § 5-6-35 (a) (8), (b). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).  The defendant's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  03/24/2020*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*